United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Jason J. Sanders,
              Debtor.
_____/

Case No. 07-40258-R
Chapter 13

Order Overruling Trustee's Objection to Confirmation and Denying the Debtor's Discharge

For the reasons set forth in the Court's opinion entered this date, the trustee's objection to confirmation is overruled and the debtor's discharge is denied.

It is so ordered.

**Signed on May 18, 2007**

                                                                       /s/ Steven Rhodes
                                                                       **Steven Rhodes**
                                                                       **Chief Bankruptcy Judge**